## **CERTIFICATE OF NON-CONCURRENCE**

I, Marianne J. Gilmartin, certify that Plaintiff has not yet served Defendants with the Complaint or Motion and is therefore unable to seek concurrence in Plaintiff's Motion for Preliminary Injunction, Specific Performance, and/or Constructive Trust. It should be assumed that Defendants do not concur.


Dated: January 18, 2022                     /s/ *Marianne J. Gilmartin*
                                            Marianne J. Gilmartin, Esq.